IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (SCRANTON)

| | |
|---|---|
| MARY MILLER | : |
| | : CIVIL ACTION |
| | : 3:18-cv-01572-MWB |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ARTHREX, INC. | : |
| | : |
| Defendant. | : |
| | : |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED and AGREED that Plaintiff, Mary Miller, dismisses all claims asserted in this litigation against Defendant, Arthrex, Inc., with prejudice.

**McGartland Law Firm, PLLC**           **Feldman & Pinto, PC**

By:  */s/ Michael P. McGartland*          By:  */s/ Laura A. Feldman*
     Michael P. McGartland, Esquire              Laura A. Feldman, Esquire
     Counsel for Plaintiff                                     Counsel for Plaintiff
     Mary Miller                                                    Mary Miller

Date:  September 17, 2020               Date:  September 17, 2020

**Lewis Brisbois Bisgaard & Smith, LLP**

By:    */s/ Walter H. Swayze, III*
        Walter H. Swayze, III, Esquire
        Counsel for Defendant
        Arthrex, Inc.

Date:   September 17, 2020